20CV00475
Div2

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

ANDREA HILL, by and through her Mother, )
Diane Hill, Guardian and Conservator,    )
                                         )
      Plaintiff,                         )
                                         )    Case No.
vs.                                      )    Division
                                         )    Chapter 60
WALMART, INC., formerly known as         )
Walmart Stores, Inc., d/b/a Walmart      )
Neighborhood Market,                     )
                                         )
      Defendant.                         )

## PETITION PURSUANT TO K.S.A. CHAPTER 60

COMES NOW the plaintiff, Andrea Hill, by and through her attorney James R. Shetlar, and for her Petition for Damages, states and alleges:

1. Petitioner, Andrea Hill, is an individual who resides in a residential unit in Johnson County and, by and through her mother, Diane Hill, guardian and conservator, who resides in Johnson County, Kansas.

2. Walmart, Inc., previously known as Walmart Stores, Inc., d/b/a Walmart Neighborhood Market, can be served with legal process through its Registered Agent, Corporation Company, Inc., 112 S.W. 7th Street, 3C, Topeka, Kansas 66603.

3. On March 23, 2018, Andrea Hill slipped and fell in the aisle at Walmart Neighborhood Market at 9000 Metcalf Ave., Overland Park, Kansas 66212.

4. Defendant Walmart Neighborhood Market was negligent in the following respects:

    a. It did not maintain its premises in a safe condition for its customers;

    b. It failed to mark a dangerous area; and

    c. It failed to warn its customers, including the plaintiff, of a dangerous condition.

5. As a proximate result of negligence of defendant, Plaintiff sustained damages requiring medical treatment.

*Clerk of the District Court, Johnson County Kansas*
*01/27/20  03:18pm ST*

6. As a result of the negligence of Defendant and proximate result thereof plaintiff sustained economic and non-economic damages of less than $75,000.

WHEREFORE, plaintiff prays for an award less than $75,000 from this Court in favor of the plaintiff and against defendant.

 /s/ James R. Shetlar
James R. Shetlar                        KS Bar #8322
8000 Foster
Overland Park, Kansas 66204
Telephone:  (913) 648-3220
Facsimile:   (913) 648-3357
Email:  jimshetlar@kc.surewest.net

ATTORNEY FOR PLAINTIFF

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

HILL, ANDREA

        Plaintiff

vs

WALMART, INC.,

        Defendant

Case No: 20CV00475
Division: 2
K.S.A. Chapter 60

## SUMMONS

To the above-named defendant:

    YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:

Name:    JAMES R SHETLAR
Address:  8000 FOSTER
           OVERLAND PARK, KS 66204
Phone:   (913) 648-3220

Within 21 days after service of summons upon you.

    If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



/s/ Jennie Leach
Clerk of the District Court

Dated:  January 28, 2020

Johnson County Court House, 100 N. Kansas Ave.  Olathe,  KS 66061

20CV00475
Div2

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
100 NORTH KANSAS AVENUE
OLATHE, KS 66061

ANDREA HILL, by and through her Mother,
Diane Hill, Guardian and Conservator,
         **Plaintiff**

Case No. 20CV00475
Division No. 2

VS.

WALMART, INC., f/k/a Walmart Stores, Inc.
d/b/a Walmart Neighborhood Market
         **Defendant**

## REQUEST AND SERVICE INSTRUCTION FORM

**To: Clerk of the District Court**

Please issue a: Summons and Petition

in this action for: Registered Agent, Corporation Company, Inc.

whose address for service is: 112 S.W. 7th Street, 3C
Topeka, KS 66603

Service is requested as indicated below:

☐ A. Service through the Sheriff of _____ County, State of _____. Returns may be faxed to (913) 715-3401 7 days a week – 24 hour a day.

☐ B. Service by an authorized process server.

☑ C. Certified mail with a Return Receipt service by the undersigned litigant or attorney, who understands that is their responsibility to obtain service and to make the return to the clerk. The postal "green card" for service must be filed with the Clerk's office to prove service.

☐ D. Certified mail service by the Sheriff of Johnson County Kansas. Sheriff of Johnson County does not do Out-of-state service by certified mail.

Signature: /s/ James R. Shetlar
Pro Se:
Address: James R. Shetlar Law Offices
8000 Foster
Overland Park, KS 66204
Telephone No. 913-642-3220
Email: James@shetlarlawfirm.com

*Clerk of the District Court, Johnson County Kansas*
*01/27/20 04:23pm ST*

Revised 04/2019

20CV00475<br>Div2

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS<br>CIVIL COURT DEPARTMENT

| | |
|---|---|
| ANDREA HILL, by and through her Mother, Diane Hill, Guardian and Conservator, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) Case No. 20CV00475 |
| vs. | ) Division 2<br>) Chapter 60 |
| WALMART, INC., formerly known as Walmart Stores, Inc., d/b/a Walmart Neighborhood Market, | )<br>)<br>)<br>) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE BY RETURN RECEIPT MAIL

The undersigned, being duly sworn, states I have served the following: Summons, Petition, First Interrogatories to Defendant, and First Request for Production of Records and that the following, Return for Receipt of Service, was served on the defendant Walmart, Inc.'s Registered Agent, Corporation Company, Inc., at the address listed on the Petition by certified mail on January 31, 2020, signed by Katelyn Chapman, as listed on the enclosed card.

/s/ James R. Shetlar
James R. Shetlar     KS Bar #8322
8000 Foster
Overland Park, Kansas 66204
Telephone:  (913) 648-3220
Facsimile:   (913) 648-3357
Email:  jimshetlar@kc.surewest.net

ATTORNEY FOR PLAINTIFF

<i>Clerk of the District Court, Johnson County Kansas<br>02/07/20  03:42pm ST</i>

