### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ANDREA HILL, by and through her mother Diane Hill, Guardian and Conservator** )<br>)<br>) | |
| **Plaintiff,** ) <br>) | Case No.: 2:20-cv-02070 |
| **v.** )<br>) | |
| **WALMART, INC., previously known as Walmart Stores, Inc., d/b/a Walmart Neighborhood Market,** )<br>)<br>)<br>) | |
| **Defendant.** )<br>) | |

### ORDER

Before the Court is the Parties' Joint Stipulation to Remand (Doc. #7). Plaintiff Jill Kidwell stipulates that her damages are not to exceed $75,000 and that she will agree to limit any verdict to $75,000 or less, whereas Defendant Walmart, Inc. stipulates that it is agreeing to remand based on Plaintiff's stipulation limiting her damages. Defendant also reserved its right to file for removal in the future if Plaintiff's claimed damages change.

Accordingly, it is hereby ORDERED that the Parties' Joint Stipulation to Remand (Doc. #7) is GRANTED. This case is remanded to the District Court of Johnson County, Kansas.

**IT IS SO ORDERED.**

Dated: 3/10/2020

                                                  s/ Kathryn H. Vratil
                                                  Kathryn H. Vratil
                                                  U.S. District Judge